UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONNELY, et al., | No. 2:15-cv-1051 CKD |
| Plaintiffs, | |
| v. | ORDER |
| NATIONSTAR MORTGAGE, LLC, et al., | |
| Defendants. | |

The parties have requested an extension of time for initial disclosures. Because the parties have jointly stipulated to said extension, the court will grant the extension. However, in the joint stipulation, the parties indicate that plaintiff's attorney, Andre Chernay, is no longer associated with the case. The parties are in error. Andre Chernay is still plaintiff's record of counsel on the court's docket, and until a proper substitution or withdrawal has been submitted to and approved by the court, Andre Chernay will remain counsel of record, along with plaintiff's counsel Stephen Reuhmann, who recently filed a notice of appearance.

Accordingly, IT IS HEREBY ORDERED that initial disclosures shall be made no later than May 16, 2016.

Dated: April 7, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 connely1051.eot