1  MCCARTHY & HOLTHUS, LLP
   LETICIA C. BUTLER, State Bar No. 253345
2    *lbutler@mccarthyholthus.com*
   1770 4th Ave.
3  San Diego, CA 92101
   Telephone: (619) 685-4800
4  Facsimile: (619) 685-4811

5  GREEN & HALL, LLP
   HOWARD D. HALL, State Bar No. 145024
6    *hdhall@greenhall.com*
   JERED T. EDE, State Bar No. 273440
7    *jede@greenhall.com*
   1851 East First Street, 10th Floor
8  Santa Ana, California 92705-4052
   Telephone: (714) 918-7000
9  Facsimile: (714) 918-6996

10 Attorneys for Defendants NATIONSTAR
   MORTGAGE LLC, WELLS FARGO
11 BANK, N.A. AS TRUSTEE FOR THE
   CERTIFICATEHOLDERS OF BANC OF
12 AMERICA, MORTGAGE SECURITIES,
   INC. MORTGAGE PASS THROUGH
13 CERTIFICATES SERIES 2005-L

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CONNELLY and JOAN CONNELLY,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC; BANK OF AMERICA, N.A.; WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-L and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-01051-CKD<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>JUDGE: Carolyn K. Delaney<br>CTRM: 24 |

Plaintiffs ROBERT CONNELLY and JOAN CONNELLY and Defendants NATIONSTAR MORTGAGE LLC and WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA MORTGAGE SECURITIES, INC. MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-L hereby stipulate that the above-entitled action shall be voluntarily dismissed in its entirety with prejudice pursuant to written settlement agreement conditioned on this Court retaining jurisdiction to enforce the settlement agreement under California *Code of Civil Procedure* §664.6 and pursuant to *Hagestad v. Tragesser* (1995) 49 F.3d 1430.

DATED: June 13, 2017        GREEN & HALL, LLP

By: _/s/ Jered T. Ede_
Howard D. Hall
Jered T. Ede
Attorneys for Defendants NATIONSTAR MORTGAGE LLC, WELLS FARGO BANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF BANC OF AMERICA, MORTGAGE SECURITIES, INC. MORTGAGE PASS THROUGH CERTIFICATES SERIES 2005-L

[SIGNATURES CONTINUED ON NEXT PAGE]

| | | |
|---|---|---|
| 1 | DATED: June 13, 2017 | MCCARTHY HOLTHUS, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:    */s/ Leticia Butler* |
| 5 | | Leticia Butler |
| | | Attorneys for Defendants NATIONSTAR |
| 6 | | MORTGAGE LLC, WELLS FARGO BANK, |
| 7 | | N.A. AS TRUSTEE FOR THE |
| | | CERTIFICATEHOLDERS OF BANC OF |
| 8 | | AMERICA, MORTGAGE SECURITIES, INC. |
| 9 | | MORTGAGE PASS THROUGH |
| | | CERTIFICATES SERIES 2005-L |
| 10 | | |
| 11 | | |
| 12 | DATED: June 8, 2017 | UNITED LAW CENTER |
| 13 | | |
| 14 | | |
| 15 | | By:    */s/ John Steve Sargetis* |
| | | John Steve Sargetis |
| 16 | | Attorneys for Plaintiffs Robert Connelly and |
| 17 | | Joan Connelly |
| 18 | | |
| 19 | IT IS SO ORDERED. | |
| 20 | | |
| 21 | Dated: June 15, 2017 | |
| 22 | | CAROLYN K. DELANEY |
| | | UNITED STATES MAGISTRATE JUDGE |